IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SANTOS MARTINEZ BELTRAN,<br>Petitioner,<br>vs.<br><br>LORI DAVIS, Director,<br>Texas Department of Criminal Justice<br>Correctional Institutions Division,<br>Respondent. | No. 3:19-CV-205-C-BK |

## ORDER

In the Findings, Conclusions, and Recommendation filed September 19, 2019, the Magistrate Judge recommended that the Court dismiss Petitioner's habeas corpus petition without prejudice for failure to exhaust state court remedies. Petitioner failed to file a timely objection to the Findings, Conclusions, and Recommendation.

After reviewing the well-reasoned Findings, Conclusions, and Recommendation for plain error, the Court finds that the findings and conclusions of the Magistrate Judge are correct and adopts them as the findings and conclusions of the Court.

Accordingly, the petition filed under 28 U.S.C. § 2254 is **DISMISSED WITHOUT PREJUDICE** for failure to properly exhaust state court remedies.

After considering the record in this case and recommendation of the Magistrate Judge, Petitioner is **DENIED** a Certificate of Appealability. The Court adopts and incorporates by reference the Magistrate Judge's Findings, Conclusions and Recommendation in support of its findings that the Petitioner has failed to show (1) that reasonable jurists would find this Court's "assessment of the constitutional claims debatable or wrong" or (2) that reasonable jurists would find "it debatable whether the petition states a valid claim of the denial of a constitutional right"

and "debatable whether [this Court] was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Dated this 9th day of October, 2019.

*[signature: Sam R. Cummings]*
_____
**SAM R. CUMMINGS**
**SENIOR UNITED STATES DISTRICT JUDGE**